[No. 5222.   Decided March 27, 1905.]

SIVERD BUSKALA, *Respondent*, v. E. F. CARVER, *Appellant*.[1]

Appeal from a judgment of the superior court for Jefferson county, Hatch, J., entered January 29, 1904, upon findings in favor of the plaintiff.   Affirmed.

*W. W. Black* and *Ralph C. Bell*, for appellant.

*J. M. Ralston*, for respondent.

PER CURIAM.—Action for $44.25, and for the foreclosure of a lien on saw logs to secure that amount.   Judgment rendered according to the prayer of the complaint.

This case presents a question purely of fact, on conflicting testimony, the only legal proposition discussed in the brief having been specifically waived at the trial of the cause.   From an investigation of the record, we are not inclined to disturb the findings of the trial court.   The judgment is therefore affirmed.

[1]Reported in 80 Pac. 1134.